IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RANDY JOHNSON,     *

      Plaintiff,     *

v.     Case No. 5:22-cv-00329-MTT-CHW

    *

HOUSTON COUNTY DETENTION FACILITY,

    *

      Defendant.

    *

## **J U D G M E N T**

Pursuant to this Court's Order dated January 9, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of January, 2023.

                                         David W. Bunt, Clerk

                                         s/ Tydra Miller, Deputy Clerk